■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANITA DARLING, Appellant.—Appeal by the defendant, as limited by her brief, from a sentence of the County Court, Nassau County (Harrington, J.), imposed April 23, 1987.

Ordered that the sentence is affirmed.

The defendant pleaded guilty with the knowledge that she might receive the sentence ultimately imposed. Moreover, the sentence imposed was neither harsh nor excessive under the circumstances and in light of the defendant's prior criminal record. Mollen, P. J., Brown, Kunzeman, Weinstein and Kooper, JJ., concur.